UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                    CRIMINAL NO. 06-20663

v.                                HONORABLE AVERN COHN

D-16, RASHAWN SIMMONS,

      Defendant.
_____/

### ORDER REVOKING BOND

On July 23, 2007 the Court held a bond review hearing in this matter. For the reasons stated on the record,

**IT IS HEREBY ORDERED** that the bond is REVOKED.

**IT IS FURTHER ORDERED** that the defendant be remanded to the custody of the United States Marshal forthwith.

**SO ORDERED**.

Dated: July 23, 2007                s/ Avern Cohn
                                          AVERN COHN
                                          UNITED STATES DISTRICT JUDGE