UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                  CRIMINAL NO. 06-20663

v.                              HONORABLE AVERN COHN

D-16, RASHAWN SIMMONS,

    Defendant.
_____/

## ORDER GRANTING MOTION TO RE-INSTATE BOND

On August 06, 2007 the Court held a motion hearing to re-instate the bond and conditions that were revoked on July 23, 2007. For the reasons stated on the record,

**IT IS HEREBY ORDERED** that the bond is RE-INSTATED. The Defendant's bond and conditions entered on April 02, 2007 are re-instated.

**IT IS FURTHER ORDERED** that the defendant be released from the custody of the United States Marshal forthwith.

**SO ORDERED**.


Dated: August 6, 2007            s/Avern Cohn
                                       AVERN COHN
                                       UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, August 6, 2007, by electronic and/or ordinary mail.

                                               s/Julie Owens
                                               Case Manager, (313) 234-5160