UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                           Case No. 06-20663

D16, RASHAWN SIMMONS          HONORABLE AVERN COHN

    Defendant.
_____/

## ORDER DENYING MOTION
## FOR RELIEF FROM JUDGMENT

Defendant has filed a motion styled Motion For Relief From Final judgment Under Rule 60(b)(6) (Doc. 584).  The motion is DENIED.  The pending charge in state court at the time of sentencing played no role in the sentence imposed on defendant.  See Exhibit A (Excerpt of letter from Probation Officer)

SO ORDERED.

Dated:  January 8, 2010                s/ Avern Cohn
                                            AVERN COHN
                                            UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to Rashawn Simmons, 41327-039, FCI Beckley, P.O. Box 350, Beaver, WV 25813 and the attorneys of record on this date, January 8, 2010, by electronic and/or ordinary mail.

                                                          s/ Julie Owens
                                                          Case Manager, (313) 234-5160